# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS

| | |
|---|---|
| **BRITTANY JAMESON,** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**THE LINCOLN NATIONAL LIFE** )<br>**INSURANCE COMPANY,** )<br>)<br>    Defendant. ) | Civil Action No. 3:16-cv-01157-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Brittany Jameson, and the Defendant, The Lincoln National Life Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice to the refiling of the same.

Each party shall bear their own attorneys' fees and costs.

Dated: July 7, 2016.

Respectfully submitted,

/s/ John M. Scannapieco
John M. Scannapieco
Tenn. Reg. No. 14473
BAKER DONELSON BEARMAN
    CALDWELL & BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com

*Attorneys for the Defendant, The Lincoln National Life Insurance Company*

/s/ Robert E. Goodman (w/ permission JS)
Robert E. Goodman
Texas State Bar No. 08158100
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, Texas 75204
(214) 379-0823
reg@kilgorelaw.com

*Attorneys for the Plaintiff, Brittany Jameson*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to Robert E. Goodman, Esq., Kilgore & Kilgore, PLLC, 3109 Carlisle Street, Dallas, Texas 75204, on this 7th day of July, 2016.

/s/ John M. Scannapieco
John M. Scannapieco